IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IRA LEE,

        Plaintiff,                              No. CIV S-05-0375 WBS JFM PS

    vs.

SOLANO COUNTY PROBATION          <u>ORDER</u>
DEPT., et al.,

        Defendants.

_____/

        This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21). On March 18, 2005, defendant Gemma Grossi filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). This motion was noticed for hearing on May 19, 2005. On April 25, 2005, plaintiff filed a request for leave to amend his complaint to include allegations as to defendant Gemma Grossi. Good cause appearing, defendants will be directed to respond to plaintiff's request within twenty days. In light of plaintiff's request, the motion to dismiss will be removed from the court's May 19, 2005 calendar. Once defendants have responded to plaintiff's request to amend, the motion to dismiss will stand submitted without oral argument. Local Rule 78-230(h).

        Accordingly, IT IS HEREBY ORDERED that:

        1. The May 19, 2005 hearing is vacated;

/////

1

2. Defendant Grossi's March 18, 2005 motion to dismiss is held in abeyance; and

3. Within twenty days from the date of this order, defendants shall respond to plaintiff's April 25, 2005 request for leave to amend his complaint.

DATED: May 5, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

001/lee.mtd