1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   IRA LEE,

11            Plaintiff,                    No. CIV S-05-0375 WBS JFM PS

12        vs.

13   SOLANO COUNTY PROBATION              <u>ORDER</u>
     DEPT., et al.,
14

15            Defendants.              _____

16   _____/

17            A status conference was held in this matter on July 21, 2005, at 11:00 a.m. in

18   courtroom # 26.  Plaintiff Ira Lee appeared in propria persona.  Kathleen J. Williams appeared

19   for defendants Solano County, Cardwell and Grossi.  Upon consideration of the status reports on

20   file in this action, discussion of plaintiff and counsel and good cause appearing therefor, THE

21   COURT ORDERS AS FOLLOWS:

22            1.  Discovery requests shall not be filed with the court except when required by

23   Local Rules 30-250(a), 33-250(c), 34-250(c) and 36-250(c).  Plaintiff's July 6, 2006, July 11,

24   2005 and July 15, 2005, discovery documents shall be placed in the court file and disregarded.

25            2.  Plaintiff shall file a motion to amend, if any, by August 21, 2005.  Fed. R. Civ.

26   P. 15(a).

3.  Plaintiff shall disclose his list of expert witnesses no later than December 31, 2005.  Defendants shall disclose its list of expert witnesses no later than January 13, 2006. Fed. R. Civ. P. 26(a)(2)(B).  The parties are reminded of their obligation to supplement these disclosures when required under Fed. R. Civ. P. 26(e)(1).

4.  Discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by January 31, 2006.

5.  Dispositive motions shall be noticed to be heard by March 30, 2006.

6.  The pretrial conference is set for June 1, 2006 at 11:00 a.m. in courtroom #26. Pretrial statements shall be filed pursuant to Local Rule 16-281.

7.  Jury trial of this matter is set for Tuesday, September 5, 2006, at 9:00 a.m. in courtroom #5 before the Honorable William B. Shubb.[1]  The parties shall file trial briefs pursuant to Local Rule 16-285.

8.  Within two weeks from the date of this order, counsel shall notify the court concerning the status of service of process in this matter.

DATED:  July 21, 2005.

UNITED STATES MAGISTRATE JUDGE

/001; lee0575.oasc

---

[1]  Once service of process on defendant Martin has been resolved, the jury trial will be reset before the undersigned if defendant Martin consents to the jurisdiction of the undersigned. 28 U.S.C. Section 636(c)(2).