UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

IRA LEE,

        Plaintiff,

   v.

SOLANO COUNTY PROBATION DEPT.
GEMMA GROSSI, PHIL MARTIN,
CHRIS CARDWELL,

        Defendants.

NO. CIV.S-05-0375 WBS JFM PS

O R D E R

----oo0oo----

        Each of the parties in the above-captioned case has filed a "Consent to Proceed Before a United States Magistrate." See 28 U.S.C. §636 (c). According to E.D. Cal. R. 73-305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

        The undersigned has reviewed the file herein and orders that, subject to acceptance of the magistrate judge as provided below, the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

1      IT IS HEREBY ORDERED that any hearing dates currently set before the undersigned are VACATED.

      IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to the Honorable JOHN F. MOULDS. The parties shall please take note that all documents hereafter filed with the Clerk of the Court shall bear case No. Civ. S-05-0375 JFM.

DATED: August 15, 2005.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

      Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

DATED: August 22, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

/lee0375.con

2