IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IRA LEE,

        Plaintiff,                    No. CIV S-05-0375 JFM PS

    vs.

SOLANO COUNTY PROBATION        ORDER
DEPT., et al.,

        Defendants.

_____/

        In light of the August 23, 2005 reassignment of this case, the jury trial date will be re-set for Tuesday, September 5, 2006 at 9:00 a.m. in courtroom #26 before the undersigned. All other dates set in this court's July 22, 2005 order shall remain the same.

        IT IS HEREBY ORDERED that jury trial of this matter is set for Tuesday, September 5, 2006, at 9:00 a.m. in courtroom #26 before the undersigned. The parties shall file trial briefs pursuant to Local Rule 16-285.

DATED: August 29, 2005.

                                                     UNITED STATES MAGISTRATE JUDGE

/001; lee0575.jtd